**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                              : Chapter 13
                                    :
    Ryan E. Robinson             :
    Kristie E. Arnold            :
       Debtor              : Bankruptcy No. 20-12498 MDC

**<u>CERTIFICATE OF SERVICE</u>**

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that Debtors' Amended

Chapter 13 Plan sent on July 27, 2020, by electronic notification and United States First

Class Mail to the Office of the Trustee, and all secured and priority creditors using the

addresses listed in the claims register.

    **<u>\s\ Michael Schwartz</u>**
    **MICHAEL SCHWARTZ, ESQUIRE**
    **Attorney for Debtors**