Certificate Number: 15317-PAE-DE-037068989

Bankruptcy Case Number: 20-12498



15317-PAE-DE-037068989

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 28, 2022</u>, at <u>3:26</u> o'clock <u>PM PST</u>, <u>Ryan E Robinson</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>December 28, 2022</u>           By:    <u>/s/Christel Raz</u>

                                        Name:  <u>Christel Raz</u>

                                        Title:  <u>Counselor</u>