United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12498-mdc |
| Ryan E. Robinson | Chapter 13 |
| Kristie E. Arnold | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 29, 2023 | Form ID: 138OBJ | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++            Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ryan E. Robinson, Kristie E. Arnold, 1811 Alamingo Drive, Quakertown, PA 18951-3223 |
| 14512644 | + | PENNYMAC LOAN SERVICES, LLC, C/O Rebecca A. Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 30 2023 01:03:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 30 2023 01:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14507763 | + | Email/Text: broman@amhfcu.org | Sep 30 2023 01:03:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14507764 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 30 2023 01:10:52 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14517527 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 30 2023 01:10:46 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14518141 | | Email/PDF: bncnotices@becket-lee.com | Sep 30 2023 01:10:46 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14507766 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 30 2023 01:10:38 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14507767 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 30 2023 01:10:53 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14525525 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 30 2023 01:23:48 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14507768 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 30 2023 01:03:00 | Comenity/Carter, Attn: Bankruptcy, Po Box 183043, Columbus, OH 43218-3043 |
| 14507770 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 30 2023 01:03:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, Po Box 183003, Columbus, OH 43218-3003 |
| 14507769 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 30 2023 01:03:00 | Comenitycapital/sephor, Po Box 182120, Columbus, OH 43218-2120 |
| 14512684 | | Email/Text: mrdiscen@discover.com | Sep 30 2023 01:02:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 14507771 | + | Email/Text: mrdiscen@discover.com | Sep 30 2023 01:02:00 | Discover Financial, Attn: Bankruptcy, Po Box |

Case 20-12498-mdc    Doc 49    Filed 10/01/23    Entered 10/02/23 00:31:28    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 29, 2023 | Form ID: 138OBJ | Total Noticed: 38 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 14507765 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 30 2023 01:10:26 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14513570 | + | Email/Text: RASEBN@raslg.com | Sep 30 2023 01:02:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14507772 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 30 2023 01:02:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14816010 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2023 01:10:26 | LVNV Funding LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 14524405 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2023 01:10:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14507773 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 30 2023 01:03:00 | Navy FCU, Attn: Bankruptcy Dept, Po Box 3000, Merrifield, VA 22119-3000 |
| 14507774 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 30 2023 01:03:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14507775 | + | Email/Text: bnc@nordstrom.com | Sep 30 2023 01:03:53 | Nordstrom Signature Visa, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14526062 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 30 2023 01:10:52 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14526753 | + | Email/PDF: ebnotices@pnmac.com | Sep 30 2023 01:10:25 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14507776 | + | Email/PDF: ebnotices@pnmac.com | Sep 30 2023 01:10:25 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14524057 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 30 2023 01:10:25 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14524704 | | Email/Text: bnc-quantum@quantum3group.com | Sep 30 2023 01:03:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14507778 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 30 2023 01:10:51 | Syncb/HSN, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14507779 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 30 2023 01:10:52 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14507777 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 30 2023 01:10:52 | Syncb/ebay, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14507780 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 30 2023 01:10:37 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14524737 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 30 2023 01:10:26 | Synchrony Bank by AIS InfoSources LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14507781 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 30 2023 01:10:37 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14507782 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 30 2023 01:10:53 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14507783 | + | Email/Text: bkelectronicnotices@usaa.com | Sep 30 2023 01:02:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 14524521 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 30 2023 01:10:40 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 36

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Sep 29, 2023 | Form ID: 138OBJ | Total Noticed: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14518142 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14816014 | * | LVNV Funding LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 14816015 | * | LVNV Funding LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 14816016 | * | LVNV Funding LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 14710324 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 01, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| MICHAEL SETH SCHWARTZ | on behalf of Debtor Ryan E. Robinson msbankruptcy@gmail.com schwartzmr87357@notify.bestcase.com |
| MICHAEL SETH SCHWARTZ | on behalf of Joint Debtor Kristie E. Arnold msbankruptcy@gmail.com schwartzmr87357@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Ryan E. Robinson and Kristie E. Arnold

        Debtor(s)

Case No: 20−12498−mdc

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                900 Market Street
                Suite 400
                Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/29/23

                                                                                      48 − 47
                                                                                  Form 138OBJ