# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kristie E. Robinson<br>Ryan E. Robinson<br>       **Debtor(s)**<br><br>PENNYMAC LOAN SERVICES, LLC<br>       **Movant**<br><br>vs.<br><br>Kristie E. Robinson<br>Ryan E. Robinson<br>       **Debtor(s)**<br><br>Kenneth E. West Esq.,<br>       **Trustee** | BK NO. 20-12498 MDC<br><br>Chapter 13<br><br>Related to Claim No. 30-1 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on June 02, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Kristie E. Robinson
1811 Alamingo Drive
Quakertown, PA 18951

Ryan E. Robinson
1811 Alamingo Drive
Quakertown, PA 18951

Attorney for Debtor(s)
Michael Seth Schwartz, Esq.
707 Lakeside Office Park
Southampton, PA 18966

Trustee
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service: electronic means or first class mail

Dated: June 02, 2022

                  **/s/Rebecca A. Solarz Esquire**
                  Rebecca A. Solarz Esquire
                  KML Law Group, P.C.
                  BNY Mellon Independence Center
                  701 Market Street, Suite 5000
                  Philadelphia, PA 19106
                  215-825-6327
                  rsolarz@kmllawgroup.com